**JS-6**

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Party City Corporation dba Party City #752; Combined Properties/Reseda Associates Limited Partnership; Reseda Shopping Center II, LLC,<br><br>　　　　Defendants. | Case No. CV 14-9288-GW(JCx)<br><br>**Order re: Joint Stipulation for Dismissal** |

　　Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Michael Rocca and defendants Combined Properties/Reseda Associates Limited Partnership, and Reseda Shopping Center II, LLC,

　　IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: May 6, 2015

_____
GEORGE H. WU, U.S. District Judge

*Rocca v. Party City Corporation, et al.,*　　　　　　　　　　Case No. CV14-09288 GW (JCx)
**Order re: Joint Stipulation for Dismissal**
Page 1